BL9799928

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE, WILMINGTON DIVISION

IN RE:                                                    :          Chapter: 11
PERFORMANCE POWERSPORTS GROUP,   :
INC                                                        :
                                                              :
                                                              :          BANKRUPTCY NO: 23-10050


REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

  1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

  2. The address to which all such notices should be sent and substituted for that of the creditor:


**American Express National Bank**
**c/o Becket & Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**




By: /s/ Shraddha Bharatia
_____

    Shraddha Bharatia, Claims Administrator
    Becket & Lee LLP
    POB 3001
    Malvern, PA 19355-0701



    Date:    04/10/2023